**McCARTHY & HOLTHUS, LLP**
James Hester, Esq. (SBN: 122133)
Melissa Robbins Coutts, Esq. (SBN: 246723)
1770 Fourth Avenue
San Diego, CA  92101
 Telephone: (619) 685-4800
 Facsimile: (619) 685-4811
 Email: jhester@mccarthyholthus.com
  mcoutts@mccarthyholthus.com

Attorneys for Defendants,
Aurora Loan Services LLC and
Mortgage Electronic Registration Systems, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN PEDERSEN and SONIKA TINKER,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a *New York corporation*, MARIN CONVEYANCING CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORP.; AURORA LOAN SERVICES; LSI TITLE COMPANY; GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1; and DOES 1 THROUGH 20,<br><br>Defendants. | Case No. 2:11-CV-00642-KJM -EFB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6); AND MOTION TO EXPUNGE RECORDED LIS PENDENS**<br><br>Date: May 25, 2011<br>Time: 10:00 a.m.<br>Ctrm:  3<br>Judge: Hon. Kimberly J. Mueller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON May 25, 2011 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 before the Honorable Kimberly J. Mueller of the United States District Court, Eastern District Of California, located at 501 I Street, Sacramento, California 95814, Defendants Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss will come on for hearing.

The Motion will be made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the Complaint fails to allege facts sufficient to state a cause of action against

1  Defendants.

2  PLEASE TAKE FURTHER NOTICE that Defendants Aurora Loan Services LLC and
3  Mortgage Electronic Registration Systems, Inc. will also move the Court for an order expunging
4  the Lis Pendens that was recorded by Plaintiffs in the Placer County Recorder's Office on April 8,
5  2011 as Instrument Number 2011-0028166.  This Motion will be made pursuant to California
6  Code of Civil Procedure sections 405.30 through 405.39 on the basis that the Complaint fails to
7  establish the probable validity of a real property claim sufficient to support the recording of the
8  Lis Pendens.

10  Dated:  April 15, 2011              Respectfully submitted,
                                         **McCARTHY & HOLTHUS, LLP**

12                                       By:    /s/ Melissa Robbins Coutts
                                            Melissa Robbins Coutts, Esq.
                                            Attorney for Defendants,
                                            Aurora Loan Services LLC and
                                            Mortgage Electronic Registration Systems, Inc.

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4810