McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN PEDERSEN and SONIKA TINKER,<br><br>                                        Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a *New York corporation*, MARIN CONVEYANCING CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORP.; AURORA LOAN SERVICES; LSI TITLE COMPANY; GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1; and DOES 1 THROUGH 20,<br><br>                                        Defendants. | Case No.  2:11-CV-00642-KJM -EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT JUNE 8, 2011 MOTION HEARING**<br><br>Date: June 8, 2011<br>Time: 10:00 a.m.<br>Ctrm: 3<br>Judge: Hon. Kimberly J. Mueller |

Having reviewed Defendants Aurora Loan Services, LLC and Mortgage Electronic Registration Systems, Inc's ("Defendants") request to appear telephonically at the hearing Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction, scheduled for June 8, 2011 at 10:00 a.m., and good cause appearing, Defendant's request is hereby GRANTED. The Court will call Defendants' Counsel, Matthew B. Learned, Esq., at (619) 955-1549, at the time set for hearing.

Dated:  June 2, 2011.

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY**

CA11-3358