1  SUNNY S. HUO (State Bar No. 181071)
   MEGAN C. KELLY (State Bar No. 251293)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendants
6  GREENPOINT MORTGAGE
   FUNDING, INC. AND MARIN
7  CONVEYANCING CORP.

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
12 | CHRISTIAN PEDERSEN AND SONIKA TINKER ,    | Case No.:  2:11-CV-00642-KJM-EFB
13 |           Plaintiffs,                      | **STIPULATION AND ORDER RE EXTENDING TIME FOR DEFENDANTS GREENPOINT MORTGAGE FUNDING, INC AND MARIN CONVEYANCING CORP. TO RESPOND TO COMPLAINT**
14 |     vs.                                    |
15 | GREENPOINT MORTGAGE FUNDING, INC., MARIN CONVEYANCING CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. QUALITY LOAN SERVICE CORP., AURORA LOAN SERVICES, LSI TITLE COMPANY, GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1, |
16 |                                            |
17 |                                            |
18 |                                            |
19 |                                            |
20 |           Defendants.                      |
21

1  Subject to the approval of the Court, plaintiffs Christian Pedersen and Sonika Tinker
2  ("Plaintiffs") and defendants Greenpoint Mortgage Funding, Inc. ("Greenpoint") and Marin
3  Conveyancing Corp. ("MCC"), each by and through their undersigned counsel, hereby stipulate
4  and agree as follows:

5  1.  Counsel for Defendants Greenpoint and MCC executed and Plaintiffs filed a
6  Waiver of Service on May 20, 2011 indicating that Greenpoint and MCC would respond to the
7  Complaint on June 24, 2011.

8  2.  On June 8, 2011, a hearing took place before the above-referenced court regarding
9  Co-defendants Aurora Loan Services ("ALS") and Mortgage Electronic Registration Services,
10  Inc's ("MERS") Motion to Dismiss the Complaint and Plaintiffs' Motion for Preliminary
11  Injunction.  The matter was taken under submission and the Court indicated that it would issue a
12  written order following the hearing.

13  3.  In light of the pending Motion to Dismiss the Complaint and in order to conserve
14  judicial resources, the Plaintiffs, Greenpoint and MCC agree and stipulate to postpone the due
15  date for Greenpoint and MCC to respond to the Complaint until the Court issues an order
16  regarding the June 8, 2011 hearing on the Motion to Dismiss and Motion for Preliminary
17  Injunction, as follows:

18  a.  If the order on the June 8, 2011 hearing does not grant Plaintiffs leave to
19  amend the pleadings, Greenpoint and MCC will respond to the Complaint within 15-days
20  of the issuance of the Order.

21  b.  If the order on the June 8, 2011 hearing grants Plaintiffs leave to amend the
22  pleadings, then Greenpoint and MCC will await service of the amended pleading and
23  respond to the amended pleading pursuant to the Federal Rules of Civil Procedure.

24  ////
25  ////
26  ////
27  ////
28

- 2 -

15314/0241/933568.1

STIPULATION AND ORDER
Case No.:  2:11-CV-00642-KJM-EFB

This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED:  June __, 2011				LAW OFFICES OF HOLLY S. BURGESS

						By: /s/ Holly S. Burgess
						    Holly S. Burgess
						    Attorney for PLAINTIFFS


DATED:  June __, 2011				SEVERSON & WERSON
						A Professional Corporation

						By: /s/ Megan C. Kelly
						    Megan C. Kelly
						    Attorneys for Defendants
						GREENPOINT MORTGAGE FUNDING, INC.
						    AND MARIN CONVEYANCING CORP.

**IT IS SO ORDERED:**

Dated:  July 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

15314/0241/933568.1

STIPULATION AND ORDER
Case No.:  2:11-CV-00642-KJM-EFB