McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN PEDERSEN and SONIKA TINKER,<br><br>Plaintiffs,<br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a *New York corporation*, MARIN CONVEYANCING CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORP.; AURORA LOAN SERVICES; LSI TITLE COMPANY; GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1; and DOES 1 THROUGH 20,<br><br>Defendants. | Case No.  2:11-CV-00642-KJM -EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Date: August 24, 2011<br>Time: 10:00 a.m.<br>Ctrm:  3<br>Judge: Hon. Kimberly J. Mueller |

Having reviewed Defendants Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc's ("Defendants") request to appear telephonically at the Status (Pretrial Scheduling) Conference on August 24, 2011 at 10:00 a.m., and good cause appearing, Defendant's request is hereby GRANTED.  Defendants' Counsel, Melissa Robbins Coutts, Esq., will contact the Courtroom Deputy for instructions for accessing the court's telephonic appearance system.

Dated: August 11, 2011.

_____
UNITED STATES DISTRICT JUDGE

1
**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY**

CA11-3358