# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIKA TINKER,<br><br>        Plaintiff,<br><br>    v.<br><br>AURORA LOAN SERVICES and DOES 1 THROUGH 20,<br><br>        Defendant. | No. 2:11-cv-00642-KJM-EFB<br><br>ORDER |

        On November 20, 2015, the court held a hearing on defendant Aurora Loan Services LLC's motion for summary judgment. *See* Minutes, ECF No. 169. At hearing the court instructed the parties to exhaust the possibility of settlement by private resolution and file a report. *See id.* On December 7, 2015, the parties filed a notice they were unable to settle the case. Notice, ECF No. 170.

        This case is therefore referred for settlement before a Magistrate Judge of this court. Magistrate Judge Gregory G. Hollows has been randomly selected. A settlement conference is scheduled before Judge Hollows for February 3, 2016 at 9:00 a.m. in Courtroom No. 9, 13th Floor.

        The parties are directed to submit their confidential settlement conference statements to the court using the following email address: gghorders@caed.uscourts.gov.

1

Statements are due at least 7 days prior to the Settlement Conference. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. *See* E.D. Cal. L.R. 270.

    IT IS SO ORDERED.

DATED: January 6, 2016.

                _____
                UNITED STATES DISTRICT JUDGE