UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIKA TINKER, | No. 2:11-cv-00642-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| AURORA LOAN SERVICES LLC et al., | |
| Defendants. | |

Pursuant to the parties' stipulation of dismissal, ECF No. 178, this action is dismissed in its entirety with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: May 16, 2016

_____
UNITED STATES DISTRICT JUDGE

1